STATE of Vermont v. Michael R. FOSTER, No. 215-79

February 5, 1980. Appellant's brief to be filed by March 12, 1980, or cause dismissed.

STATE of Vermont v. Robert Eugene McCARTHY, No. 264-79

February 5, 1980. Appellant's brief to be filed by March 3, 1980, or cause dismissed.

STATE of Vermont v. Ronald D. UNWIN, No. 344-79

February 5, 1980. Appellant's brief to be filed by March 12, 1980, or cause dismissed.

June D. PAUL v. William D. BURKE, No. 353-79

February 5, 1980. Appeal dismissed for failure to comply with the order dated January 15, 1980.

Paul X. BERNIER v. Beverly LAWSON, No. 363-79

February 5, 1980. Transcript to be ordered by March 3, 1980, or cause dismissed.

STATE of Vermont v. Raymond Joseph MARTEL, No. 374-79

February 5, 1980. Appellant's brief to be filed by March 12, 1980, or cause dismissed.

STATE of Vermont v. Patricia A. BROWN, No. 417-79

February 5, 1980. Appellant's brief to be filed by March 12, 1980, or cause dismissed.

Jane P. GORE v. GREEN MOUNTAIN LAKES, INC., Charles Merlini, Leigh Merlini, David Fjeldstad and Laurie Fjeldstad, No. 425-79

February 5, 1980. Printed case and appellant's brief to be filed by March 3, 1980, or cause dismissed.

STATE of Vermont v. Donald E. McMAHON, No. 428-79

February 5, 1980. Transcript to be ordered by March 3, 1980, or cause dismissed.